GRANT

12/21/15

Bert Richards

WITH PERMISSION

PD 0793-15

PD-0793-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 4:08:46 PM
Accepted 12/19/2015 11:36:13 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

## MITCHELL DEAN COCHRAN

## VS.

## THE STATE OF TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUDGES OF SAID COURT:

I.

COMES NOW, Appellant in the above styled case, and makes and files this his request for an extension of time to file his motion to extend time to file a motion for rehearing and would show unto the Court the following:

COURT BELOW:                      Tenth Court of Appeals

CAUSE NUMBER BELOW:               NO. 10-14-00013-CR

DATE FOR PETITION OF
DISCRETIONARY REVIEW REFUSED:     12-9-15

PRESENT DEADLINE FOR
FILING APPELLANTS' PDR:           12-25-15

Mitchel Dean Cochran                                                    1

DAYS REQUESTED BY THIS
EXTENSION: 20 days from the date
motion is due (1-14-16)

DATE TO WHICH EXTENSION
IS REQUESTED: 1-13-16

NUMBER OF EXTENSIONS
PREVIOUSLY GRANTED: None

## I.

The Appellee's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, T.R.A.P. 10.5(b), namely:

## II.

Due to the upcoming holidays, Counsel is scheduled to be out of the office until January 4, 2016 and requests an extension to January 14, 2016.

## III.

WHEREFORE, this Attorney for the Appellant prays that the Court grant this motion and extend the time and deadline for the filing of Appellant's motion for rehearing, or the Court grant such additional time as is just and proper.

Respectfully submitted,

/s/ *Charles W. McDonald*
Charles W. McDonald
ATTORNEY AT LAW
2024 Austin Avenue
Waco, Texas         76701
(254) 752-9901
FAX: (254) 754-1466
SBOT NO. 13538800

Mitchel Dean Cochran                                                                 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this brief was served electronically on December 18, 2015 to: (1) counsel for the State, Sterling Harmon, sterling.harmon@co.mclennan.tx.us; and (2) the State Prosecuting Attorney, lisa.mcminn@SPA.texas.gov.

*/s/ Charles W. McDonald*
Charles W. McDonald